79 P.3d 706

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

September 29, 2003

| 24562 | State v. McKinnie | Affirmed |

**September 30, 2003**

| 23951 | State v. Napeahi | Affirmed |

**November 12, 2003**

| 24741 | Shiraki v. Shiraki | Affirmed |

**November 17, 2003**

| 25057 | Halm v. Sanchez | Affirmed |

**November 18, 2003**

| 24625 | State v. Gayagas | Affirmed |

**November 26, 2003**

| 24772 | State v. Silva | Affirmed |